UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIG BABOON, INC.

Plaintiff(s),

v.

SAP AMERICAN, INC., et al.

Defendant(s).

Case No: 17-cv-02082

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Lance D. Reich, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Big Baboon, Inc. in the above-entitled action. My local co-counsel in this case is Robert H. Sloss, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1001 Fourth Ave, Suite 4200<br>Seattle, WA 98154 | 1117 S. Californiace Ave., Suite 200<br>Palo Alto, CA 94304 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (206) 689-2111 | (650) 645-9000 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| lreich@helsell.com | robert.sloss@procopio.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41090.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 15, 2017

Lance D. Reich
APPLICANT

---

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lance D. Reich is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/17/2017

Haywood S. Gill Jr.
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, William M. McCool, Clerk of the United States District Court for the Western District of Washington, Do Hereby Certify that **Lance D Reich** was admitted to practice in said Court on **March 9, 2009** to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on February 23, 2017.

William M. McCool
Clerk

By _____
Deputy Clerk