1 | Robert H. Sloss, SBN 87757
robert.sloss@procopio.com
2 | PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
3 | 1117 California Ave., Suite 200
Palo Alto, CA 94304
4 | Telephone: 650.645.9000
Facsimile: 619.235.0398

Lance D. Reich, *pro hac vice*
6 | lreich@helsell.com
Kevin E. Regan, SBN 262335
7 | kregan@helsell.com
HELSELL FETTERMAN LLP
8 | 1001 Fourth Ave., Suite 4200
Seattle, WA 98154
9 | Telephone: 206.292.1144
Facsimile: 206.340.0902

Attorneys for Plaintiff
11 | BIG BABOON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., a Delaware Corporation, and HP INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV17-02082 HSG (EDL)<br><br>**STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE REGARDING DEFENDANTS SAP AMERICA, INC. AND HP INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Ctrm: 2, 4th Fl.<br><br>Complaint Filed: April 13, 2017<br>Trial Date: None set. |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Big Baboon, Inc. ("BBI") and Defendants SAP America, Inc. ("SAP"), and HP Inc. (formerly Hewlett-Packard Company) ("HP") (collectively "Defendants"), hereby stipulate as follows: |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Big Baboon, Inc. ("BBI") and Defendants SAP America, Inc. ("SAP"), and HP Inc. (formerly Hewlett-Packard Company) ("HP") (collectively "Defendants"), hereby stipulate as follows:

WHEREAS, BBI served its First Amended Complaint ("FAC") on April 17, 2018 (Dkt. 37);

WHEREAS, Defendants served their Motion to Dismiss the FAC on May 1, 2018 (Dkt. 38);

WHEREAS, BBI currently has until May 15, 2018 to respond to Defendants' Motion to Dismiss;

WHEREAS, BBI has requested and Defendants have consented to an additional seven days for BBI to respond to Defendants' Motion to Dismiss, in return for which Defendants have requested and BBI has consented to an additional seven days for Defendants to file a reply brief regarding their Motion to Dismiss;

WHEREAS, the additional time for briefing agreed to by the parties will not alter the August 16, 2018 hearing date set for the Motion to Dismiss or any deadline already fixed by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the briefing schedule regarding Defendants' Motion to Dismiss shall be as follows:

1. BBI's response to the Motion to Dismiss shall be filed on May 22, 2018.
2. Defendants reply regarding the Motion to Dismiss shall be filed on June 5, 2018.

Dated: May 10, 2018

PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP

By: /s/ *Robert H. Sloss*
Robert H. Sloss
Lance D. Reich
Kevin E. Regan

Attorneys for Plaintiff
Big Baboon, Inc.

| | | |
|---|---|---|
| Dated: May 10, 2018 | | KLARQUIST SPARKMAN LLP |
| | By: | /s/ *Klaus H. Hamm* |
| | | Klaus H. Hamm, Esq. |
| | | Attorneys for Defendants |
| | | SAP AMERICA, INC., and HP INC. |

**ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: May 10, 2018 | By: | /s/ *Robert H. Sloss* |
| | | Robert H. Sloss |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

| | | |
|---|---|---|
| Dated: May 11, 2018 | By: | *Haywood S. Gilliam Jr.* |
| | | Hon. Haywood S. Gilliam, Jr. |
| | | UNITED STATES DISTRICT JUDGE |