| | |
|---|---|
| Robert H. Sloss, (SBN 87757) <br> robert.sloss@procopio.com <br> PROCOPIO, CORY, HARGREAVES & <br> SAVITCH LLP <br> 1117 California Ave., Suite 200 <br> Palo Alto, CA 94304 <br> Telephone: 650.645.9000 <br> Facsimile: 619.235.0398 <br><br> Lance D. Reich, pro hac vice <br> lreich@helsell.com <br> Kevin E. Regan, (SBN 262335) <br> kregan@helsell.com <br> HELSELL FETTERMAN LLP <br> 1001 Fourth Ave., Suite 4200 <br> Seattle, WA 98154 <br> Telephone: 206.292.1144 <br> Facsimile: 206.340.0902 <br><br> *Attorneys for Plaintiff* <br> Big Baboon, Inc. | J. Christopher Carraway (*pro hac vice*) <br> chris.carraway@klarquist.com <br> Klaus H. Hamm (SBN 224905) <br> klaus.hamm@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 S.W. Salmon Street, Suite 1600 <br> Portland, Oregon 97204 <br> Telephone: (503) 595-5300 <br> Facsimile: (503) 595-5301 <br><br> *Attorneys for Defendants* <br> SAP AMERICA, INC. and HP INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIG BABOON, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAP AMERICA, INC., et al., <br><br> Defendants. | Case No. 4:17-cv-02082-HSG <br><br> **JOINT STIPULATION TO EXTEND DATES IN THE SCHEDULING ORDER FOR CLAIM CONSTRUCTION PROCEEDINGS AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, Plaintiff Big Baboon Inc. ("Big Baboon") and Defendants SAP America, Inc. and HP Inc. ("Defendants") hereby submit this Stipulation To Extend Dates In Scheduling Order For Claim Construction Proceedings by four weeks. This includes the

following deadlines and the Technology Tutorial and Claim Construction Hearing set in the Scheduling Order (ECF No. 58):

| Litigation Event | Current Date | Requested Date |
|---|---|---|
| Joint Claim Construction and Prehearing Statement Pursuant to L.R. 4-3 | January 9, 2019 | February 6, 2019 |
| Claim Construction Discovery Cut-Off Pursuant to L.R. 4-4 | February 8, 2019 | March 8, 2019 |
| Plaintiff's Opening Claim Construction Brief Pursuant to L.R. 4-5 | February 22, 2019 | March 22, 2019 |
| Defendant's Responsive Claim Construction Brief Pursuant to L.R. 4-5 | March 8, 2019 | April 5, 2019 |
| Plaintiff's Reply Claim Construction Brief Pursuant to L.R. 4-5 | March 15, 2019 | April 12, 2019 |
| Technology Tutorial | March 22, 2019 at 10:00 a.m. | At the convenience of the Court, on or after April 19, 2019 |
| Claim Construction Hearing | March 29, 2019 at 2:00 p.m. | At the convenience of the Court, on or after April 26, 2019 |

The reasons for the requested four-week extension of these dates is set forth below, and in the accompanying Declaration of J. Christopher Carraway.

1. On November 15, 2018, the Court heard argument on Defendants' Motion for Summary Judgment of Invalidity (ECF No. 60) and took the motion under advisement. A decision granting the motion would make claim construction proceedings moot.

2. The parties are about to commence the most resource-intensive phase of claim construction, including expert disclosures, claim construction discovery (including the

possibility of expert depositions), claim construction briefs, a Technology Tutorial, and finally the Claim Construction Hearing.

3. The parties seek the four-week extension to avoid expending significant party and Court resources on claim construction proceedings at this time given that Defendants' Motion for Summary Judgment of Invalidity is pending.

4. The prior time modifications in this case are: (1) on May 10, 2018, the Court granted (ECF No. 40) the parties' stipulation to extend the briefing schedule for Motion to Dismiss Big Baboon's First Amended Complaint; (2) on November 23, 2018, the parties stipulated to extend Defendants' deadline for its Patent LR 4-1 disclosure from November 23, 2018 to November 28, 2018; (3) on November 28, 2018, the parties stipulated to extend the deadline for expert disclosures under Patent LR 4-2(b) from December 14, 2018 to January 7, 2019; and (4) on January 3, 2018, the parties stipulated to extend the deadline for expert disclosures under Patent LR 4-2(b) from January 7, 2019 to January 14, 2019.

5. The parties' current proposed extension will not affect any other dates scheduled for the case, as the only dates scheduled thus far are the dates at issue in this stipulation.

Pursuant to Local Rule 6-2, submitted with this stipulation is the Declaration of J. Christopher Carraway, which (1) sets forth with particularity, the reasons for the requested enlargement or shortening of time; (2) discloses all previous time modifications in the case, whether by stipulation or Court order; and (3) describes the effect the requested time modification would have on the schedule for the case.

| | |
|---|---|
| Dated: January 4, 2019 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| | By: *s/ Lance D. Reich* |
| |     Robert H. Sloss (SBN. 87757) |
| |     Lance D. Reich (admitted *pro hac vice*) |
| |     Kevin E. Regan (SBN 262335) |
| | Attorneys for Plaintiff |
| | Big Baboon, Inc. |
| | KLARQUIST SPARKMAN, LLP |
| | By: *s/ Klaus H. Hamm* |
| |     J. Christopher Carraway (*pro hac vice*) |
| |     chris.carraway@klarquist.com |
| |     Klaus H. Hamm (SBN 224905) |
| |     klaus.hamm@klarquist.com |
| |     121 S.W. Salmon Street, Suite 1600 |
| |     Portland, Oregon 97204 |
| |     Telephone: (503) 595-5300 |
| |     Facsimile: (503) 595-5301 |
| | Attorney for Defendants |
| | SAP AMERICA, INC. and HP INC. |

## ATTESTATION

The filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

## [PROPOSED] ORDER

The deadlines in the Scheduling Order (ECF No. 58) are amended as follows:

| Litigation Event | Date |
|---|---|
| Joint Claim Construction and Prehearing Statement Pursuant to L.R. 4-3 | February 6, 2019 |
| Claim Construction Discovery Cut-Off Pursuant to L.R. 4-4 | March 8, 2019 |
| Plaintiff's Opening Claim Construction Brief Pursuant to L.R. 4-5 | March 22, 2019 |
| Defendant's Responsive Claim Construction Brief Pursuant to L.R. 4-5 | April 5, 2019 |
| Plaintiff's Reply Claim Construction Brief Pursuant to L.R. 4-5 | April 12, 2019 |

| Technology Tutorial | At the convenience of the Court, on or after April 19, 2019 at 10:00 a.m. |
| --- | --- |
| Claim Construction Hearing | At the convenience of the Court, on or after April 26, 2019 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: __1/7/2019__

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE