Robert H. Sloss, (SBN 87757)
robert.sloss@procopio.com
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
1117 California Ave., Suite 200
Palo Alto, CA 94304
Telephone: 650.645.9000
Facsimile: 619.235.0398

Lance D. Reich, pro hac vice
lreich@helsell.com
Kevin E. Regan, (SBN 262335)
kregan@helsell.com
HELSELL FETTERMAN LLP
1001 Fourth Ave., Suite 4200
Seattle, WA 98154
Telephone: 206.292.1144
Facsimile: 206.340.0902

*Attorneys for Plaintiff*
Big Baboon, Inc.

J. Christopher Carraway (*pro hac vice*)
chris.carraway@klarquist.com
Klaus H. Hamm (SBN 224905)
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorneys for Defendants*
SAP AMERICA, INC. and HP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIG BABOON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.,<br><br>Defendants. | Case No. 4:17-cv-02082-HSG<br><br>**JOINT STIPULATION TO EXTEND DATES FOR CLAIM CONSTRUCTION PROCEEDINGS AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, Plaintiff Big Baboon Inc. ("Big Baboon") and Defendants SAP America, Inc. and HP Inc. ("Defendants") hereby submit this Stipulation To Extend Dates In Scheduling Order For Claim Construction Proceedings by six weeks. This includes the following deadlines and the Technology Tutorial and Claim Construction Hearing set in the

Scheduling Order (ECF No. 58) and modified by the Order Extending Dates in the Scheduling Order (ECF No. 81) (or as agreed by the parties):

| Litigation Event | Previous Date | Requested Date |
|---|---|---|
| Description of the Substance of Expert Witness' Proposed Testimony Pursuant to L.R. 4-2(b) | March 18, 2019 | April 29, 2019 |
| Joint Claim Construction and Prehearing Statement Pursuant to L.R. 4-3 | March 20, 2019 | May 1, 2019 |
| Claim Construction Discovery Cut-Off Pursuant to L.R. 4-4 | April 19, 2019 | May 31, 2019 |
| Plaintiff's Opening Claim Construction Brief Pursuant to L.R. 4-5 | May 3, 2019 | June 14, 2019 |
| Defendant's Responsive Claim Construction Brief Pursuant to L.R. 4-5 | May 17, 2019 | June 28, 2019 |
| Plaintiff's Reply Claim Construction Brief Pursuant to L.R. 4-5 | May 24, 2019 | July 5, 2019 |
| Technology Tutorial | May 31, 2019 at 2 pm | At the convenience of the Court, on or after July 12, 2019 |
| Claim Construction Hearing | June 7, 2019 at 2 pm | At the convenience of the Court, on or after July 19, 2019 |

The reasons for the requested six-week extension of these dates is set forth below, and in the accompanying Declaration of J. Christopher Carraway.

1.  On November 15, 2018, the Court heard argument on Defendants' Motion for Summary Judgment of Invalidity (ECF No. 60) and took the motion under advisement. A decision granting the motion would make claim construction proceedings moot.

JOINT STIPULATION TO EXTEND DATES FOR CLAIM
CONSTRUCTION PROCEEDINGS AND [PROPOSED] ORDER
Case No.: 4:17-cv-02082-HSG                   2

2. The parties are about to commence the most resource-intensive phase of claim construction, including expert disclosures, claim construction discovery (including the possibility of expert depositions), claim construction briefs, a Technology Tutorial, and finally the Claim Construction Hearing.

3. The parties seek this six-week extension to avoid expending significant party and Court resources on claim construction proceedings at this time given that Defendants' Motion for Summary Judgment of Invalidity is pending.

4. The prior time modifications in this case are: (1) on May 10, 2018, the Court granted (ECF No. 40) the parties' stipulation to extend the briefing schedule for Motion to Dismiss Big Baboon's First Amended Complaint; (2) on November 23, 2018, the parties stipulated to extend Defendants' deadline for its Patent LR 4-1 disclosure from November 23, 2018 to November 28, 2018; (3) on November 28, 2018, the parties agreed to extend the deadline for expert disclosures under Patent LR 4-2(b) from December 14, 2018 to January 7, 2019; (4) on January 3, 2019, the parties agreed to extend the deadline for expert disclosures under Patent LR 4-2(b) from January 7, 2019 to January 14, 2019, and on January 4, 2019, agreed to extend that deadline again to February 4, 2019; (5) on January 4, 2019, the parties filed a stipulation extending all other claim construction deadlines by four weeks, a stipulation this Court signed on January 6, 2019; (6) on January 30, 2019, the parties filed a stipulation extending all other claim construction deadlines by six weeks, a stipulation this Court signed on February 1, 2019.

5.  The parties' current proposed extension will not affect any other dates scheduled for the case, as the only dates scheduled thus far are the dates at issue in this stipulation.

Pursuant to Local Rule 6-2, submitted with this stipulation is the Declaration of J. Christopher Carraway, which (1) sets forth with particularity, the reasons for the requested enlargement or shortening of time; (2) discloses all previous time modifications in the case, whether by stipulation or Court order; and (3) describes the effect the requested time modification would have on the schedule for the case.

Dated: March 15, 2019

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: *s/ Lance D. Reich*
    Robert H. Sloss (SBN. 87757)
    Lance D. Reich (admitted *pro hac vice*)
    Kevin E. Regan (SBN 262335)

    Attorneys for Plaintiff
    Big Baboon, Inc.

KLARQUIST SPARKMAN, LLP

By: *s/ Klaus H. Hamm*
    J. Christopher Carraway (*pro hac vice*)
    chris.carraway@klarquist.com
    Klaus H. Hamm (SBN 224905)
    klaus.hamm@klarquist.com
    121 S.W. Salmon Street, Suite 1600
    Portland, Oregon 97204
    Telephone: (503) 595-5300
    Facsimile: (503) 595-5301
    Attorney for Defendants
    SAP AMERICA, INC. and HP INC.

### **ATTESTATION**

The filer of this document attests that concurrence in the filing of the document has been

obtained from each of the other Signatories.

## [PROPOSED] ORDER

The deadlines in the Scheduling Order (ECF No. 58) are amended as follows:

| Litigation Event | Date |
|---|---|
| Description of the Substance of Expert Witness' Proposed Testimony Pursuant to L.R. 4-2(b) | April 29, 2019 |
| Joint Claim Construction and Prehearing Statement Pursuant to L.R. 4-3 | May 1, 2019 |
| Claim Construction Discovery Cut-Off Pursuant to L.R. 4-4 | May 31, 2019 |
| Plaintiff's Opening Claim Construction Brief Pursuant to L.R. 4-5 | June 14, 2019 |
| Defendant's Responsive Claim Construction Brief Pursuant to L.R. 4-5 | June 28, 2019 |
| Plaintiff's Reply Claim Construction Brief Pursuant to L.R. 4-5 | July 5, 2019 |
| Technology Tutorial | 7/19/2019 at 2:00 p.m. |
| Claim Construction Hearing | 7/19/2019 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: 3/19/2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE