UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BABOON, INC.,<br>　　　　Plaintiff,<br>　v.<br>SAP AMERICA, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-02082-HSG<br><br>**JUDGMENT** |

　　　　Judgment is hereby entered consistent with the Court's Order Granting Defendants' Motion for Summary Judgment and Granting Defendants' Motion to File Under Seal,

　　　　This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

　　　　Dated at Oakland, California, this 24th day of April, 2019.

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Nikki D. Riley
　　　　　　　　　　　　　　　　　　Deputy Clerk to the Honorable
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.