Robert H. Sloss, SBN 87757
robert.sloss@procopio.com
PROCOPIO, CORY, HARGREAVES &
 SAVITCH LLP
1117 California Ave., Suite 200
Palo Alto, CA  94304
Telephone:  650.645.9000
Facsimile:   619.235.0398

Lance D. Reich, *pro hac vice*
lreich@helsell.com
Kevin E. Regan, SBN 262335
kregan@helsell.com
HELSELL FETTERMAN LLP
1001 Fourth Ave., Suite 4200
Seattle, WA  98154
Telephone:  206.292.1144
Facsimile:   206.340.0902

Attorneys for Plaintiff
BIG BABOON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BIG BABOON, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., a Delaware Corporation, and HP INC., a Delaware Corporation,<br><br>Defendants. | Case No. 4:17-cv-02082 HSG<br><br>**STIPULATION AND ORDER TO VACATE JUDGMENT IN FAVOR OF DEFENDANT HP INC. AND DISMISS CLAIMS AGAINST HP INC., WITH PREJUDICE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Ctrm:   2, 4th Fl.<br><br>Complaint Filed:  April 13, 2017<br>Trial Date:        None set. |

Plaintiff Big Baboon, Inc. ("BBI") and Defendants SAP America, Inc. ("SAP") and HP Inc. (formerly Hewlett-Packard Company) ("HP") (collectively "Defendants") hereby stipulate that, as BBI and HP having reached a resolution of the claims brought by BBI against HP, (1) the judgment entered in favor of HP and against BBI on April 24, 2019 (Dkt. 87) shall be vacated and without any force or effect, and (2) all claims asserted against HP shall be dismissed, with prejudice. Neither the judgment in favor of defendant SAP nor SAP's pending Motion for Attorneys' Fees (Dkt. 89) shall be affected by this Stipulation.[1] The parties jointly request that the Court enter the order submitted herewith to give effect to the parties' stipulation.

Dated: May 21, 2019

PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP

By: /s/ *Robert H. Sloss*
Robert H. Sloss
Lance D. Reich
Kevin E. Regan

Attorneys for Plaintiff
Big Baboon, Inc.

Dated: May 21, 2019

KLARQUIST SPARKMAN LLP

By: */s/ J. Christopher Carraway*
J. Christopher Carraway

Attorneys for Defendants
SAP AMERICA, INC., and HP INC.

---

[1] SAP's Motion for Attorneys' Fees (Dkt. 89) seeks the fees and expenses SAP incurred defending both itself and its customer HP. The parties stipulate that the resolution reached by HP and Plaintiff to dismiss HP from the action does not include any resolution of the fees and costs SAP incurred defending HP. Thus, the parties stipulate that SAP's claim for fees and expenses incurred defending itself and HP survive this stipulation, the vacating of the judgment against HP, and the dismissal with prejudice of HP. Thus, the parties stipulate that should the Court grant SAP's Motion for Attorneys' Fees (Dkt. 89), SAP is not precluded from recovering the fees and expenses it incurred defending HP as well as itself.

**ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2019    By:  /s/ *Robert H. Sloss*
                              Robert H. Sloss

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  5/22/2019



HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER TO VACATE JDGMT.
IN FAVOR OF HP AND DISMISS CLAIMS AGAINST HP    4:17-cv-02082 HSG
DOCS 3660787.1