UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIG BABOON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.,<br><br>Defendants. | Case No. 17-cv-02082-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 103 |

The Court has reviewed Magistrate Judge Laporte's Report and Recommendation Re Motion for Attorney Fees, as well as the objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that SAP's motion for attorneys' fees is GRANTED IN PART and DENIED IN PART. The Court awards $188,270.50 in attorneys' fees for Klarquist Sparkman's time spent between September 1, 2018 and June 30, 2019, and $1,405.20 in costs.

**IT IS SO ORDERED.**

Dated: 10/11/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge